McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
LYNN HARADA (CSBN 267616)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    lynn.harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JOHN BETTS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:19-cv-01507-GSA<br><br>**ORDER APPROVING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to re-evaluate the medical evidence of record. The ALJ will evaluate Plaintiff's residual functional capacity throughout the period at issue and his subjective complaints, and obtain supplemental vocational expert evidence as necessary. The Appeals Council will instruct the ALJ to offer Plaintiff the opportunity for a hearing, and to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

PENA & BROMBERG, ATTORNEYS AT LAW

Dated: August 6, 2020    *Lynn Harada for Jonathan Omar Pena
(*as authorized via email on 8/6/2020)
JONATHAN OMAR PENA
Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

Dated: August 6, 2020    By:    /s/ Lynn Harada
LYNN HARADA
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **August 9, 2020**             **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE